UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
EASTMAN KODAK COMPANY,                    :
                         Plaintiff,       :
                                          :   11 Civ. 6036 (DLC)
          -v-                             :
                                          :   ORDER
ASIA OPTICAL CO., INC.,                   :
                         Defendant.       :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

On March 16, 2012, plaintiff Eastman Kodak Company's ("Kodak") December 16, 2011 motion for partial summary judgment was granted. It is hereby

ORDERED that all discovery on damages must be completed by **June 29, 2012.**

IT IS FURTHER ORDERED that the Joint Pretrial Order must be filed by **July 13, 2012**, at **noon**. As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

IT IS FURTHER ORDERED that the case is placed on the **July 23, 2012** trial ready calendar. You must be ready to proceed on

24 hours notice.  You may contact the Deputy Clerk, Gloria Rojas, to learn where your case stands on the calendar.

IT IS FURTHER ORDERED that the following procedures shall govern the conduct of the trial:

1. All exhibits must be pre-marked.

2. At the start of the trial each party will present the Court with the following documents:

    (a) Three copies of a complete exhibit list.

    (b) A set of pre-marked exhibits assembled sequentially i) in a looseleaf binder, or ii) in separate manila folders labeled with the exhibit numbers and placed in a suitable container or box for ready reference.

    (c) The exhibits should include copies of the sections of any depositions that are intended to be offered into evidence and any charts or summaries of evidence.

3. Counsel should be available every day at 9:00 a.m. (except for the first day of trial) in order to discuss with the Court any legal or evidentiary issues expected to arise during the day.

4. Testimony will generally be taken between 9:30 and 5:00 from Monday through Thursday.  There will be a mid-morning, a mid-afternoon and a lunch break from 12:45 p.m. to 2 p.m.

5. There should be no sidebars during jury trials.  Counsel are expected to anticipate any problems that might require a ruling from the Court and to raise those issues with the Court in advance of the time that the jury will be hearing the evidence.

6. If counsel intend to distribute copies of documentary exhibits to the jury, make a separate copy for each juror.

7.   Counsel should make certain that they have custody of all
     original exhibits.  The Court does not retain them and the
     Clerk is not responsible for them.


     SO ORDERED:

Dated:    New York, New York
          March 23, 2012

                                    _____
                                           DENISE COTE
                                    United States District Judge