```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
EASTMAN KODAK COMPANY,                   :    11 Civ. 6036 (DLC)
                    Plaintiff,           :
                                         :         ORDER
          -v-                            :
                                         :
ASIA OPTICAL CO., INC.,                  :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the parties are instructed to contact the chambers of Magistrate Judge Gorenstein prior to **May 11, 2012**, in order to pursue settlement discussions under his supervision.

IT IS FURTHER ORDERED that the case is placed on the **July 23, 2012** trial ready calendar. Counsel shall refer to this Court's March 23, 2012 which sets forth the procedures that govern the conduct of the trial.

Dated:   New York, New York
         May 4, 2012

                                   _____
                                        DENISE COTE
                                   United States District Judge