

# WINTHROP WEINSTINE

ATTORNEYS AND COUNSELORS AT LAW

May 17, 2012

Sri K. Sankaran
Direct Dial: (612) 604-6753
Direct Fax: (612) 604-6953
ssankaran@winthrop.com

**VIA FACSIMILE**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 100007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/12

Re: Eastman Kodak Co. v. Asia Optical Co., Inc. v. Fujifilm Holdings Corp., et al.
Case No. 11 CV 6036 (DLC) (GWG)

Dear Judge Gorenstein:

During the telephone conference on May 10, the Court and the parties discussed scheduling a Settlement Conference. The Court proposed July 9. We requested July 11, due to a conflict – a summary judgment hearing previously set for July 9 in the Central District of California. We recall that the Court and parties agreed that the Settlement Conference would be held on July 11. The Order Scheduling Settlement Conference (Docket No. 84), however, sets the conference for July 9. We request that the conference be held on July 11.

Respectfully submitted,

WINTHROP & WEINSTINE, P.A.

Sri K. Sankaran

*at 10:00 am. Letters due by noon on July 6*

SO ORDERED: 5/17/2012
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

cc: Mark S. Sullivan, Esq. (co-counsel for Asia Optical) (Via Email)
Michael J. Summersgill (counsel for Kodak) (Via Email)
Jordan Hirsch, Esq. (counsel for Kodak) (Via Email)
Clifford Michel, Esq. (counsel for Fuji) (Via Email)

6927096v1