```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
EASTMAN KODAK COMPANY,                   :     11 Civ. 6036 (DLC)
              Plaintiff,                 :
                                         :           ORDER
         -v-                             :
                                         :
ASIA OPTICAL CO., INC.,                  :
              Defendant.                 :
                                         :
---------------------------------------- X
```

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2012

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the final pretrial conference is scheduled for **July 18, 2012** at **10 a.m.** in Courtroom 15B, 500 Pearl Street.

Dated:   New York, New York
         June 26, 2012

                            _____
                                    DENISE COTE
                            United States District Judge