UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EASTMAN KODAK COMPANY,            :

               Plaintiff,            :            ORDER

   -v.-                                                             :

                                                            11 Civ. 6036 (DLC) (GWG)

ASIA OPTICAL COMPANY, INC.,            :

               Defendant.            :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The settlement conference in this matter is adjourned to July 16, 2012 at 9:30 a.m. in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall provide confidential letters to the Court and to each other by noon on Friday, July 13, 2012 as to their positions on settling exclusively the specific matters that are scheduled for trial on July 23, 2012 (that is, without prejudice to a right to appeal).

    SO ORDERED.

Dated: July 10, 2012
       New York, New York

                                                               GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge