

# WILMERHALE

July 11, 2012

**Michael J. Summersgill**

+1 617 526 0201 (t)
+1 617 526 5000 (f)
michael.summersgill@wilmerhale.com

**By Facsimile -- (212) 805-4268**

Honorable Magistrate Judge Gabriel W. Gorenstein
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/12

Re: *Eastman Kodak Company v. Asia Optical Co. Inc.*, 11 CV 6036

Dear Judge Gorenstein:

Eastman Kodak Company ("Kodak") submits this letter pursuant to Paragraph 8 of the Court's Standing Order regarding settlement conferences, seeking a continuance of the settlement conference currently scheduled for July 16, 2012 at 9:30 a.m. (Dkt. 90) to July 19, 2012 at 10:00 am. Kodak is seeking a continuance because its representatives are not available to attend the July 16 conference. The Deputy Clerk has confirmed that the morning of July 19 is available for the Court, and counsel for Asia Optical have agreed to continuing the settlement conference to July 19.

Accordingly, Kodak respectfully requests that the Court continue the settlement conference in the above referenced case to **July 19, 2012 at 10:00 am**.

Respectfully submitted,

Michael J. Summersgill

cc:  Mark S. Sullivan (by email)
     Devan V. Padmanabhan (by email)
     Sri K. Sankaran (by email)
     Robert J. Gunther (by email)
     Jordan L. Hirsch (by email)
     Jonathan W. Woodard (by email)

Granted.

SO ORDERED: _____ DATE: 7/11/12
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington