# WILMERHALE

MEMORANDUM E...

July 13, 2012

**Michael J. Summersgill**

+1 617 526 6261 (t)
+1 617 526 5000 (f)
michael.summersgill@wilmerhale.com

**By Facsimile - (212) 805-4268**

Honorable Magistrate Judge Gabriel W. Gorenstein
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312



Re: *Eastman Kodak Company v. Asia Optical Co., Inc.*, 11 CV 6036

Dear Judge Gorenstein:

I write on behalf of Eastman Kodak Company ("Kodak") to inform the Court that the parties have entered into a stipulation as to the damages owed by Asia Optical to Kodak in this case. A copy of the stipulation, which was endorsed by Judge Cote on July 12, 2012, is enclosed. With this stipulation, the parties have resolved all issues remaining in the case and Kodak intends to move for final judgment shortly. Accordingly, the parties believe that there is no longer any need to proceed with the settlement conference currently scheduled for July 19. We are of course available to discuss the stipulation or the settlement conference if the Court would find that helpful.

Respectfully submitted,

Michael J. Summersgill

The July 19 conference is cancelled.

SO ORDERED: DATE: 7/13/12

GABRIEL W GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

cc:  Mark S. Sullivan (by email)
     Devan V. Padmanabhan (by email)
     Sri K. Sankaran (by email)
     Robert J. Gunther (by email)
     Jordan L. Hirsch (by email)
     Jonathan W. Woodard (by email)

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington