UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br> ASIA OPTICAL CO, INC.,<br><br>    Defendant and Counterclaimant<br><br>ASIA OPTICAL CO., INC.,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>FUJIFILM HOLDINGS CORPORATION,<br>FUJIFILM CORPORATION, AND<br>FUJIFILM NORTH AMERICA CORPORATION<br><br>    Third-Party Defendants | 11-cv-6036-DLC |

## PLAINTIFF EASTMAN KODAK COMPANY'S
## NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENT

PLEASE TAKE NOTICE that upon Plaintiff Eastman Kodak Company's ("Kodak") Motion for Entry of Final Judgment, Kodak will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for entry of final judgment in this case.

WHEREFORE, Kodak respectfully requests that this Court enter the [Proposed] Final Judgment submitted with its Motion.

Respectfully submitted,

Dated: New York, New York
July 16, 2012

/s/ *Robert J. Gunther, Jr.*
Robert J. Gunther, Jr.
WILMER CUTLER PICKERING HALE & DORR, LLP
7 World Trade Center
New York, New York 10007
Tel: (212) 230-8800

Fax: (212) 230-8888
robert.gunther@wilmerhale.com

*Of Counsel*:
Michael J. Summersgill
Jordan L. Hirsch
WILMER CUTLER PICKERING HALE & DORR, LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax:(617) 526-5000

*Attorneys for Eastman Kodak Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of July, 2012 a copy of Kodak's Notice of Motion, and Motion for Entry of Final Judgment was filed electronically. Notice of this filing will be sent to the following counsel for Asia Optical by operation of the Court's electronic filing system:

Mark S. Sullivan
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
Email: sullivan.mark@dorsey.com

Devan V. Padmanabhan
Sri K. Sankaran
Winthrop Weinstine
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Email: dpadmanabhan@winthrop.com
Email: ssankaran@winthrop.com

A copy of Kodak's Notice of Motion, and Motion for Entry of Final Judgment was also sent to the following counsel for the Fuji Defendants by email and First Class Mail on this 16th day of July, 2012:

Clifford R. Michel
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
Email: cmichel@orrick.com

                */s/ Robert J. Gunther, Jr*