



**DORSEY**

MARK S. SULLIVAN
(212) 415-9245
sullivan.mark@dorsey.com

July 31, 2012

**BY HAND DELIVERY**

Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

8/3/2012   **MEMO ENDORSED**

Re:  Eastman Kodak Company v. Asia Optical Company, Inc.
     Asia Optical Co., Inc. v. Fujifilm Holdings Corporation, Fujifilm Corporation,
     and Fujifilm North America Corporation, No. *11-CV-6036 (DLC)*

Dear Judge Cote:

Pursuant to Paragraph 4(A) of Your Honor's Individual Practices, Asia Optical Company, Inc. ("AO") seeks permission to file under seal 5 exhibits submitted in connection with the Declaration of Devan V. Padmanabhan filed in Opposition to the Fujifilm Third-Party Defendants' Motion to Dismiss (Docket No. 78). Copies of these exhibits are attached. AO previously sought permission to file under seal 13 documents that had been designated confidential by Kodak and/or Fuji. The Court directed the parties to meet and confer in an effort to reduce this number and Kodak and Fujifilm agreed that eight of the documents (exhibits 6-8 and 13-17) could be filed publicly. As instructed by the Clerk of Court, yesterday Asia Optical re-filed Docket No. 78, including the de-designated exhibits 6-8 and 13-17; under Docket No. 99.

Because Kodak has maintained its confidentiality designation with respect to exhibits 2 and 9-12 (*see* attached letter from Jonathan Woodard dated March 29, 2012), AO respectfully requests permission to file these exhibits under seal. We will wait for the Court's instructions on how to proceed.

Respectfully submitted,

Mark S. Sullivan

cc:  Jonathan Woodward, Esq. (via e-mail)
     Clifford R. Michel, Esq. (via e-mail)
     Michael J. Summersgill, Esq. (via e-mail)

Granted.
Denise Cote
August 3, 2012

encls.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 212.415.9200 • F 212.953.7201
51 WEST 52ND STREET • NEW YORK, NEW YORK 10019-6119
USA  CANADA  EUROPE  ASIA PACIFIC

4825-1394-8176\2 7/31/2012 8:26 AM