UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>ASIA OPTICAL CO., INC.,<br><br>    Defendant and Counterclaimant.<br><br>ASIA OPTICAL CO., INC.,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>FUJIFILM HOLDINGS CORPORATION, FUJIFILM CORPORATION, and FUJIFILM NORTH AMERICA CORPORATION,<br><br>    Third-Party Defendants. | Civil Action No. 11-cv-6036-DLC<br><br><br><br>**DEFENDANT ASIA OPTICAL'S NOTICE OF APPEAL** |

TO THE CLERK AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant Asia Optical Co., Inc. ("Asia Optical") hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on July 19, 2012, against Asia Optical and in favor of plaintiff Eastman Kodak Company; from all orders subsumed thereunder; and from the order entered in this action

40235362_1

on June 13, 2012, dismissing Asia Optical's third-party complaint against third-party defendants FujiFilm Holdings Corporation, FujiFilm Corporation and FujiFilm North America Corporation.

| | |
|---|---|
| Dated:  August  7, 2012. | WINTHROP & WEINSTINE, P.A. |
| | By   s/Devan V. Padmanabhan |
| | Devan V. Padmanabhan |
| | Sri K. Sankaran |
| | Capella Tower, Suite 3500 |
| | 225 South Sixth Street |
| | Mineapolis, Minnesota  55402 |
| | (612) 604-6400 |
| | dpadmanabhan@winthrop.com |
| | ssankaran@winthrop.com |
| | |
| | DORSEY & WHITNEY LLP |
| | Mark S. Sullivan |
| | 51 West 52nd Street |
| | New York, New York  10019-6119 |
| | (212) 415-9200 |
| | sullivan.mark@dorsey.com |
| | |
| | Attorneys for Asia Optical |