# WILMERHALE

Michael J. Summersgill

+1 617 526 6261 (t)
+1 617 526 5000 (f)
michael.summersgill@wilmerhale.com

By ECF

March 26, 2015

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007



3/27/2015

Re:   *Eastman Kodak Company v. Asia Optical Co. Inc.*, Case No. 11-cv-6036 (DLC)

Dear Judge Cote:

Eastman Kodak Company ("Kodak") respectfully submits this letter pursuant to the Court's March 24, 2015 Order. (Dkt. 161.) In response to the Court's request, Kodak does not object to disclosing the second to last sentence of Section 2.7 of the 2013 Kodak/FUJIFILM Agreement to AO's general counsel. Kodak has conferred with counsel for FUJIFILM, who also does not object to this disclosure. Counsel for FUJIFILM requested that the Court instruct and remind AO and its counsel that no part of the 2013 Kodak/FUJIFILM agreement can be used for any purpose outside of this litigation. If the Court would like a further explanation or justification for FUJIFILM's request, then FUJIFILM has indicated that it would be happy to submit a separate letter to the Court on this matter.

Respectfully submitted,

Michael J. Summersgill

*AO is so reminded. The same sentence disclosure shall be made.*

*Denise Cote*
*3/27/15*

**MEMO ENDORSED**

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington