# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY

Plaintiff, Judgment-Creditor,
(List the full name(s) of the plaintiff(s)/petitioner(s).)

11 CV 6036 (DLC)( )

-against-

**NOTICE OF APPEAL**

ASIA OPTICAL CO., INC.,

Defendant, Judgment-Debtor,
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Asia Optical Co., Inc.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: July 29, 2015
(date that judgment or order was entered on docket)

that: grants plaintiff Eastman Kodak Company's motion for Anti-Suit injunction

(If the appeal is from an order, provide a brief description above of the decision in the order.)

July 31, 2015
Dated

Signature

Christopher Kao
Name (Last, First, MI)

3150 Porter Drive | Palo Alto | CA | 94304
Address | City | State | Zip Code

1.650.838.4300 | CKao@perkinscoie.com
Telephone Number | E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13