UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>      Judgment-Creditor,<br><br>    v.<br><br>ASIA OPTICAL COMPANY, INC.,<br><br>      Judgment-Debtor. | Case No. 11-CV-6036 (DLC) |

**DECLARATION OF JASPER JIA IN SUPPORT OF
ASIA OPTICAL COMPANY, INC.'S <u>EMERGENCY</u> MOTION TO STAY PERMANENT
INJUNCTION PENDING APPEAL, OR IN THE ALTERNATIVE, FOR TEMPORARY
ADMINISTRATIVE STAY**

I, Jasper Jia, declare as follows:

1. I am the Special Assistant to the CEO of Asia Optical Company, Inc. ("Asia Optical" or "AO"), and have served in that position since March 12, 2012. I make this declaration based on personal knowledge, know these facts to be true and correct, and can testify competently thereto. I submit this Declaration in support of Asia Optical's Emergency Motion to Stay Permanent Injunction Pending Appeal, or in the Alternative, for Temporary Administrative Stay.

2. As the court is aware, Asia Optical has an action pending in China against Kodak. There is little to no current activity in that case, however. Kodak has filed a motion in that action asserting that the China court has no jurisdiction over the case. As a result of that motion, the case has been automatically suspended, including the scheduling conference, pending the outcome of the China court's decision on the jurisdiction issue. The China court has not rendered a decision on the jurisdiction issue.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of August, 2015 in Taichung, Taiwan.

_____
Jasper Jia