```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
EASTMAN KODAK COMPANY,                  :
                                        :
                    Plaintiff,          :    11cv6036 (DLC)
                                        :
         -v-                            :    ORDER
                                        :
ASIA OPTICAL COMPANY, INC.,             :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 23, 2015, the plaintiff's motion for an anti-suit injunction was granted. On July 30, a permanent injunction was issued requiring, <u>inter alia</u>, the defendant to file within five business days a request with the Chinese court seeking the full and final dismissal with prejudice of all claims asserted against the plaintiff in the Chinese litigation. On August 3, the defendant appealed the entry of the July 30 permanent injunction. On August 4, the defendant moved for a stay of the July 30 permanent injunction pending appeal or, in the alternative, a temporary administrative stay. It is hereby

ORDERED that any response by the plaintiff to the defendant's August 4 motion shall be made by **August 7, 2015.**

IT IS FURTHER ORDERED that any reply by the defendant shall be made by **August 10, 2015.**

IT IS FURTHER ORDERED that the July 30 permanent injunction is stayed pending resolution of the defendant's August 4 motion for a stay.

Dated:   New York, New York
         August 5, 2015

                                    _____
                                            DENISE COTE
                                    United States District Judge