UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY,

Judgment-Creditor,

v.

ASIA OPTICAL COMPANY, INC.,

Judgment-Debtor.

Case No. 11-CV-6036 (DLC)

**DEFENDANT ASIA OPTICAL'S RESPONSE TO THE
COURT'S AUGUST 5, 2015 ORDER CONCERNING
DEFENDANTS' MOTION TO STAY PENDING APPEAL**

On August 4, 2015 Defendant Asia Optical filed its Emergency Motion to Stay

Permanent Injunction Pending Appeal, Or In The Alternative, For Temporary Administrative

Stay.  (Dkt. Nos. 185-187.)

On August 5, the Court entered an Order (Dkt. No. 189 ) directing Asia Optical to

indicate whether it consents to the issuance of a stay subject to the following conditions set forth

in the Order:

(i) that the defendant file by August 14, 2015, a motion for expedited review of its
August 3 appeal before the Court of Appeals for the Second Circuit; and

(ii) that the defendant withdraw by August 14, 2015, the Chinese complaint
without prejudice pending a decision of the Court of Appeals for the Second
Circuit on the defendant's August 3 appeal.

Defendant Asia Optical responds to the Order as follows: Asia Optical respectfully does

not consent to the issuance of a stay subject to the conditions set forth in the Court's August 5,

2015 Order.

Dated:  August 7, 2015                              Respectfully submitted,

                                                   By:  /s/ Christopher Kao
                                                   Christopher Kao
                                                   Perkins Coie LLP
                                                   3150 Porter Drive
                                                   Palo Alto, CA 94304-1212
                                                   Telephone: 650.838.4300