UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY, <br><br>                      Judgment-Creditor, <br><br>           v. <br><br> ASIA OPTICAL COMPANY, INC., <br><br>                      Judgment-Debtor. | Case No. 11-CV-6036 (DLC) |

**DEFENDANT ASIA OPTICAL'S <u>AMENDED</u> RESPONSE TO THE
COURT'S AUGUST 5, 2015 ORDER CONCERNING
DEFENDANTS' MOTION TO STAY PENDING APPEAL**

On August 4, 2015 Defendant Asia Optical filed its Emergency Motion to Stay Permanent Injunction Pending Appeal, Or In The Alternative, For Temporary Administrative Stay.  (Dkt. Nos. 185-187.)

On August 5, the Court entered an Order (Dkt. No. 189) directing Asia Optical to indicate whether it consents to the issuance of a stay subject to the following conditions set forth in the Order:

> (i) that the defendant file by August 14, 2015, a motion for expedited review of its August 3 appeal before the Court of Appeals for the Second Circuit; and

> (ii) that the defendant withdraw by August 14, 2015, the Chinese complaint without prejudice pending a decision of the Court of Appeals for the Second Circuit on the defendant's August 3 appeal.

Defendant Asia Optical originally responded to that Order by indicating that it respectfully did *not* consent to the issuance of a stay subject to the foregoing conditions.  (Dkt. No. 190).

However, after further consideration, Asia Optical hereby amends its response to state as follows: Asia Optical consents to the issuance of a stay subject to the two conditions set forth in the Court's August 5, 2015 Order.

Dated:  August 10, 2015              Respectfully submitted,

By:  /s/ Christopher Kao
Christopher Kao
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300